1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO.  12-0106-GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) MOTION TO DISMISS COMPLAINT |
| JOSEPH HAYS HOLYFIELD, | ) AND (~~proposed~~) ORDER |
| Defendant. | ) |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 12-0106-GGH, against defendant HOLYFIELD.

DATED: 9/14/12                  BENJAMIN WAGNER
                                U.S. Attorney

                                By   /s/Michelle Rodriguez
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-0106-GGH against defendant HOLYFIELD is GRANTED.

DATED: Sept. 14, 2012

HON. KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE

///